UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60223-RKA

LISSETTE YOUNG,

    Plaintiff,

v.

SAFE HAVEN PB, INC. a Florida corporation
d/b/a SOBER LIVING BY TIFFANY, JEFFREY
SKURATON, TIFFANY SKURATON and
SAMANTHA GARABED,

    Defendants.
_____/

**STATEMENT OF WAGES OWED IN FLSA CASE**

The Plaintiff, by and through undersigned counsel, and in response to the Court's FLSA Order (DE 4) and states as follows:

    A.    **Unpaid Minimum wage Claim**

The Plaintiff was entitled to a 2017 minimum wage of $8.10 per hour; a 2018 minimum wage of $8.25 per hour; a 2019 minimum wage of $8.46 per hour; and, a 2020 minimum wage of $8.56 per hour, as follows:

    **Period I: (about September 1, 2017 to about November 30, 2017)**

From about September 1, 2017 to about November 30, 2017 (about the first three months of work) the Plaintiff was paid *no wages* whatsoever. In this approximate 12-week period of time, Plaintiff Young worked about 80 hours per week (about 11 to 12 hours per day x 7 days per week). In Period I, Plaintiff Young is owed the minimum wage of $8.10 per hour for 960 hours (80 hours

x 12 weeks = 960).  Thus, for the period of about September 1, 2017 to about November 30, 2017, Plaintiff Young is owed $7,776.0 (960 hours x $8.10 = $7,776.00).

### Period II (December 2017)

For the final month of 2017, the minimum wage was $8.10 per hour.  Defendants began paying Plaintiff Young $150.00 per week during this period—paid onto a debit-type card/account.  However, in each week, Plaintiff Young *should have* received $648.00 ($8.10 x 80) in minimum wages.  Thus, in each week, she was "shorted" about $498.00 ($648.00 - $150.00 = $498.00).  During this approximately 4-week period, she is owed about $1,992.00 ($498 x 4) in minimum wages for about 320 hours.

### Period III (January 2018 to December 2018)

In 2018, the minimum age was $8.25 per hour.  Plaintiff Young worked about 80 hours per week, and thus, should have been paid about $660.00 per week ($8.25 x 80).  However, Defendnats only paid her about $150.00 per week.  Thus, she is owed about $510.00 per week.  Over about 50 weeks, she is owed $25,500 for about 4,000 hours.

### Period IV (January 2019 to December 2019)

In 2019, the minimum age was $8.46 per hour.  Plaintiff Young worked about 80 hours per week, and thus, should have been paid about $676.80 ($8.46 x 80).  However, Defendants only paid her about $150.00 per week.  Thus, she is owed about $526.80 per week ($676.80 - $150).  Over about 50 weeks, she is owed $26,340 for about 4,000 hours.

**Period V (January 2020 to about September 15, 2020)**

In 2020, the minimum age was $8.56 per hour. Plaintiff Young worked about 80 hours per week, and thus, should have been paid about $684.80 per week ($8.56 x 80). However, Defendants only paid her about $150.00 per week. Thus, she is owed about $534.80 per week. Over about 36 weeks, she is owed $19,252.80 for about 2,880 hours.

Adding up everything above, Plaintiff Young is owed minimum wages for *about* total of 12,160 hours, and is owed a total of $80,860.80 in minimum wages, exclusive of liquidated damages, attorneys' fees and costs.

B.  **Unpaid Overtime**

Plaintiff Young was *never* paid overtime. In 2017, Plaintiff Young is owed an additional overtime premium (above and beyond the full minimum wage) of $4.05 per overtime hour. In 2018, Plaintiff Young is owed an additional overtime premium (above and beyond the full minimum wage) of $4.13 per overtime hour. In 2019, Plaintiff Young is owed an additional overtime premium (above and beyond the full minimum wage) of $4.23 per overtime hour. Finally, in 2020, Plaintiff Young is owed an additional overtime premium (above and beyond the full minimum wage) of $4.28 per overtime hour.

From about September 1, 2017 to December 31, 2017 (about 16 weeks), Plaintiff Young is owed overtime for about 640 hours (40 overtime hours per week x 16 weeks) and is owed $2,592.00 (640 x $4.05).

In 2018, over about 50 weeks, Plaintiff Young is owed $165.20 per week in unpaid overtime ($4.13 x 40 overtime hours). Over 50 weeks, Plaintiff Young is owed $8,260.00 in unpaid overtime ($165.20 x 50 weeks).

In 2019, over about 50 weeks, Plaintiff Young is owed $169.20 per week in unpaid overtime ($4.23 x 40 overtime hours). Over 50 weeks, Plaintiff Young is owed $8,460.00 in unpaid overtime ($169.20 x 50 weeks).

In 2020, over about 34 weeks, Plaintiff Young is owed $171.20 per week in unpaid overtime ($4.28 x 40 overtime hours). Over 34 weeks, Plaintiff Young is owed $5,820.80 in unpaid overtime ($171.20 x 34 weeks).

Totaling everything up, *excluding* amounts owed for minimum wages above, altogether, our client is owed $25,132.80 in unpaid overtime wages.

### C. Conclusion

The Plaintiff *estimates* her damages as set forth, herein. The Plaintiff has prepared this document without any records from the Defendants, notwithstanding they were requested pre-suit. Therefore, she reserves the right to amend this document as discovery progresses.

        **BOBER & BOBER, P.A.**
        *Attorneys for Plaintiff*
        2699 Stirling Road, Suite A-304
        Hollywood, FL 33312
        Phone: (954) 922-2298
        Fax: (954) 922-5455

By: **/s/ Peter Bober**
     Fla. Bar No. 122955
     peter@boberlaw.com