UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-cv-60223-HUNT

CONSENT CASE

LISSETTE YOUNG,

    Plaintiff,

v.

SAFE HAVEN PB, INC. a Florida corporation
d/b/a SOBER LIVING BY TIFFANY, JEFFREY
SKURATON, TIFFANY SKURATON and
SAMANTHA GARABED,

    Defendants.
_____/

## JOINT MOTION TO APPROVE FLSA SETTLEMENT AND DISMISS WITH PREJUDICE

The Plaintiff and Defendants, through undersigned counsel, hereby respectfully request that this Court approve the Parties' FLSA Settlement Agreement, attached hereto as **Exhibit A,** Dismiss Case with Prejudice, and retain jurisdiction to enforce.  The Parties state as follows:

### Procedural History and Facts

On January 28, 2021, the Plaintiff filed a Complaint (DE 1) against the Defendants alleging violations of provisions of the Fair Labor Standards Act ("FLSA") and the Florida Minimum Wage Amendment.  On March 16, 2021, the Defendants filed their Answer and Affirmative Defenses denying all liability.  Notwithstanding that the Defendants dispute the Plaintiff's entitlement to any relief under the FLSA or any other law, the Defendants have agreed to settle this case. Under the terms of settlement, the Defendants have agreed to pay **$40,433.00** (hereinafter "Settlement Funds") (comprised of $17,916.50 in W-2 wages; $17,916.50 in liquidated damages and 4,600.00

as attorneys' fees and costs).  The Parties acknowledge that the amount paid by the Defendants for attorneys' fees was negotiated as a separate amount from money it is paying to the Plaintiff.

## Memorandum of Law

The settlement of the instant action involves a situation in which the Court may approve the Parties' settlement to resolve and release the Plaintiffs' claims against Defendant. *See, Lynn's Food Stores, Inc. v. United States,* 679 F.2d, 1350, 1354 (11th Cir. 1982). The proposed settlement arises out of an action that was adversarial in nature.  Specifically, the Plaintiff alleges she worked as a house manager at the Defendants' "sober home," where individuals struggling with drug addiction would live.  The Plaintiff alleges that due to the large number of hours worked, and the small amount of wages paid per week, the Plaintiff was effectively paid below the minimum wage, and was denied overtime pay.

Defendants contend Plaintiff was not employed by them and that Plaintiff received a benefit from the relationship with Defendants. Further, Defendants claim that even if she had been an employee, the arrangement complied with all wage and hour laws, and that they were entitled to credit for the room in which Plaintiff lived while employed.  There is a factual dispute whether the Defendants are entitled to any credits for lodging, and even if so, what the value of that lodging should be.

There is a further factual dispute regarding the number of hours worked by the Plaintiff each week.  The Defendants claim that regardless of the hours worked by the Plaintiff, she was always paid at least the minimum wage.  The Defendants also believe overtime is inapplicable because the Plaintiff never worked in excess of 40 hours per week.

This settlement allows the Parties to move on and avoid the risks and continuing costs and fees of litigation.  The Plaintiff also recognizes that the Defendants' sober home does not have

endless resources. Based, on the foregoing, the fact there was no duress or coercion, and that the Parties were represented by competent counsel, the Court should find the Parties' Agreement fair and reasonable.

WHEREFORE, the Plaintiff and the Defendant move the Court to approve and ratify and approve the Parties' settlement, retain jurisdiction to enforce the Defendants' payment obligations under the Settlement, dismiss the Plaintiff's case with prejudice, and grant all other relief deemed appropriate.

Respectfully submitted this 9th day of April 2021 by,

| | |
|---|---|
| /s/. Peter Bober, Esq. | /s/. Jesse I. Unruh, Esq. |
| Fla. Bar # 0122955 | Florida Bar No. 93121 |
| Bober & Bober, P.A. | SPIRE LAW, LLC |
| peter@boberlaw.com | 2572 W. State Road 426 |
| 1930 Tyler Street | Suite 2088 |
| Hollywood, Florida 33020 | Oviedo, Florida 32765 |
| Tel. (954) 922.2298 | (407) 494-0135 tel. |
| Fax. (954) 922.5455 | jesse@spirelawfirm.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby Certify that on this 9th day of April, 2021, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Peter Bober, Esquire at peter@boberlaw.com at BOBER & BOBER, P.A., 2699 Stirling Road, Suite A-304, Hollywood, FL 33312.

/s/ Jesse I. Unruh
Attorney